**Miko KERR, Plaintiff–Appellant,**

v.

**Camille BODEN; et al., Defendants–Appellees.**

No. 14-55901

United States Court of Appeals, Ninth Circuit.

Submitted July 26, 2016 *

Filed August 05, 2016

Miko Kerr, Pro Se

Cary K. Quan, Esquire, Attorney, Gregory Anthony Wille, Declues, Burkett & Thompson, LLP, Huntington Beach, CA, for Defendants–Appellees

Before: SCHROEDER, CANBY, and CALLAHAN, Circuit Judges.

MEMORANDUM **

Miko Kerr appeals pro se from the district court's order dismissing her 42 U.S.C. § 1983 action alleging federal and state law claims. We have jurisdiction under 28 U.S.C. § 1291. We review de novo a dismissal under Fed. R. Civ. P. 12(b)(1) and 12(b)(6). *Rhoades v. Avon Prods., Inc.*, 504 F.3d 1151, 1156 (9th Cir. 2007). We affirm.

The district court properly dismissed Kerr's action because Kerr failed to allege sufficient facts to state a plausible claim. *See Hebbe v. Pliler*, 627 F.3d 338, 341–42 (9th Cir. 2010) (though pro se pleadings are liberally construed, plaintiff must allege sufficient facts to state a plausible claim); *Cholla Ready Mix, Inc. v. Civish*, 382 F.3d 969, 973 (9th Cir. 2004) (a party's conclusory allegations need not be accepted as true); *see also Naffe v. Frey*, 789 F.3d 1030, 1035–36 (9th Cir. 2015) (requirements of a § 1983 claim); *Sever v. Alaska Pulp Corp.*, 978 F.2d 1529, 1536 (9th Cir. 1992) (requirements of a § 1985(3) claim)

We do not consider matters not specifically and distinctly raised and argued in the opening brief, or arguments raised for the first time on appeal. *See Padgett v. Wright*, 587 F.3d 983, 985 n.2 (9th Cir. 2009).

**AFFIRMED.**

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36–3.